UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO ALVIZAR, | Case No. 2:23-cv-02063-RFB-MDC |
| Plaintiff | **ORDER** |
| v. | |
| NDOC, | |
| Defendant | |

Plaintiff previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1). The Court has not yet screened the complaint. Plaintiff now files an emergency motion to withdraw complaint because he understands that he filed his complaint prematurely. (ECF No. 7). The Court construes the motion as a motion for voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

For the foregoing reasons, **IT IS ORDERED** that the emergency motion to withdraw complaint (ECF No. 7) is construed as a motion for voluntary dismissal and **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed in its entirety without prejudice.

///

**IT IS FURTHER ORDERED** that the Clerk of the Court will close the case.

**DATED:** April 15, 2024.

                                    **RICHARD F. BOULWARE, II**
                                    **UNITED STATES DISTRICT JUDGE**